UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:** 2:26-cv-07416-JWH-BFM **Date:** July 31, 2026

**Title:** *Jerlone Jerrell Barnes v. Los Angeles California Medical Center Mens Central Jail et al.*

================================================================

Present: The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (In Chambers) Order to Show Cause for Failure to Notify Court of Address Change**

The Court has received a notice of mail returned regarding notices issued by the Court. (ECF 5.) Under Local Rule 41-6, "[a] party proceeding pro se must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address." L.R. 41-6. "If a Court order or other mail served on a pro se plaintiff at his address of record is returned by the Postal Service as undeliverable and the pro se party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute." *Id.*

The Court therefore orders Plaintiff Jerlone Jerrell Barnes to show cause—meaning, to explain in writing—why this case should not be dismissed for failure to keep the Court informed of his current address. Plaintiff's response to this Order must be filed no later than **August 20, 2026**. Providing the Court with his current address will constitute an adequate response to this Order.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:** 2:26-cv-07416-JWH-BFM **Date:** July 31, 2026

**Title:** *Jerlone Jerrell Barnes v. Los Angeles California Medical Center Mens Central Jail et al.*

==========================================================

**Failure to respond to the Court's Order may result in this case being dismissed without prejudice.**

**IT IS SO ORDERED.**

cc: Jerlone Jerrell Barnes, pro se

Initials of Preparer: ch