**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

JERLONE JERRELL BARNES,

Plaintiff,

v.

LOS ANGELES CALIFORNIA MEDICAL CENTER MENS CENTRAL JAIL, *et al.*,

Defendants.

Case No. 2:26-cv-07416-JWH-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed relevant filings and the Magistrate Judge's Report and Recommendation.[1] No objections to the Report and Recommendation were filed. Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The Report and Recommendation is **ACCEPTED** and **ADOPTED**.

2. Judgment shall be entered **DISMISSING** this action **without prejudice** for failure to prosecute and to follow court orders.

3. The Court Clerk is **DIRECTED** to serve this Order and the Judgment on all counsel or parties of record.

**IT IS SO ORDERED.**

Dated: September 28, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

[1] Report and Recommendation [ECF No. 8].