JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

JERLONE JERRELL BARNES,

Plaintiff,

v.

LOS ANGELES CALIFORNIA MEDICAL CENTER MENS CENTRAL JAIL, *et al*.,

Defendants.

Case No. 2:26-cv-07416-JWH-BFM

**JUDGMENT**

Pursuant to the "Order Accepting Magistrate Judge's Report and Recommendation" entered substantially contemporaneously herewith, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

Dated: September 28, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE